UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLINTON CHANDLER,

      Petitioner,

                CASE NO. 08-10249

v.

                PAUL D. BORMAN
JERI-ANN SHERRY,         UNITED STATES DISTRICT JUDGE

      Respondent.
_____/

## ORDER DENYING PETITIONER'S MOTION TO PROCEED IN FORMA PAUPERIS

  Petitioner Clinton Chandler is a state prisoner. He has filed a *pro se* habeas corpus petition under 28 U.S.C. § 2254 and a motion to proceed *in forma pauperis*. Petitioner alleges that he is indigent and that he has no money or other tangible assets with which to cover the costs for this action.

  A certified statement of Petitioner's prison account indicates that Petitioner had a spendable account balance of $223.21 as of November 14, 2007, and monthly deposits averaging $172.19. Because the State provides Petitioner's room and board, the Court believes that Petitioner should be able to pay the nominal filing fee for this action. Accordingly, Petitioner's motion to proceed *in forma pauperis* [Doc. 2, Jan. 16, 2008] is **DENIED**. Petitioner shall pay the filing fee of $5.00 to the Clerk of this Court within **twenty-one (21) days** of the date of this order. Failure to do so may result in the dismissal of this action.

                s/Paul D. Borman_____
                PAUL D. BORMAN
                UNITED STATES DISTRICT JUDGE

Dated: January 25, 2008

Dockets.Justia.com

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on January 25, 2008.

s/Denise Goodine
Case Manager